UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Chris Paduano,** | |
| Plaintiff, | Civil Action No.: 3:11-cv-00028-CFD |
| v. | |
| **Accounts Receivable Management, Inc.; and DOES 1-10, inclusive,** | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

Chris Paduano ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: April 27, 2011**

**Respectfully submitted,**

**PLAINTIFF, Chris Paduano**

<u>/s/ Sergei Lemberg</u>

**Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg